## *IN THE SUPREME COURT, STATE OF WYOMING*

## 2026 WY 80

*April Term, A.D. 2026*

**July 15, 2026**

MARK ANTHONY CHANEZ,

**Appellant
(Defendant),**

**v.**

S-26-0048

THE STATE OF WYOMING,

**Appellee
(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an *Alford* plea to six counts of sexual exploitation of children and one count of possession of a controlled substance, to wit: methamphetamine, third or subsequent offense.  The district court imposed a sentence of 4 to 5 years of incarceration for each of the six counts and 3 to 5 years for the seventh count.  The court ordered every two counts to run concurrent but consecutive to next two counts with the seventh count running concurrent with the first two counts, for a total sentence of 12 to 15 years of incarceration.  Appellant filed this appeal to challenge the district court's December 18, 2025, Judgment and Sentence.

[¶2]    On May 6, 2026, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, *if*

appropriate, make a final decision on this appeal. Appellant has not filed a *pro se* brief in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence, should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Mark Anthony Chanez, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Natrona County District Court's December 12, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 15th day of July, 2026.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**